In the Matter of the Estate of HERBERT BLUMENTHAL, Deceased.

Surrogate's Court, New York County, June 9, 1949.

*Katz, Wittenberg & Katz* for Ilse Blumenthal, as administratrix of the estate of Herbert Blumenthal, deceased, petitioner.

*Meyer & Newborg* for Oppenheimer, Vanden Broeck & Co., respondent.

FRANKENTHALER, S. The respondent in this discovery proceeding admits possession of property belonging to decedent's estate. The sole objection to the demand for a turnover of the property rests in respondent's contention that, Dutch taxing authorities having issued an " attachment " against the property in question, this court must pass upon the validity of the attachment or await a release thereof before directing a turnover. This court is not the appropriate tribunal in which to test the validity of a tax decree by a foreign taxing authority. Assuming the validity of the tax ,the courts of this State will not enforce taxes assessed by foreign sovereigns (*State of Colorado* v. *Harbeck,* 232 N. Y. 71, 85; *Matter of Baer,* 161 Misc. 797; *Municipal Council of Sydney* v. *Bull,* [1909] 1 K. B. 7; *Queen of Holland* v. *Drukker,* [1928] Ch. 877; *Moore* v. *Mitchell,* 30 F. 2d 600, affd. 281 U. S. 18) nor condition their decrees upon compliance with procedures prescribed in those jurisdictions (*Matter of Spitzer,* 170 Misc. 160; *Matter of Daltroff,* 43 N. Y. S. 2d 75; *Matter of Harjes,* N. Y. L. J., August 4, 1938, p. 306, col. 2), especially where such taxes are levied against property located in this State (*Matter of Spitzer, supra*). " The revenue laws of one country have no force in another " (*Marshall* v. *Sherman,* 148 N. Y. 9, 25) and " respondent has no right to insist upon compliance with

the [Dutch] tax laws as a condition to delivery of the property to the personal representative of the decedent." (*Matter of Bloch*, 48 N. Y. S. 2d 823, 824.)

Necessary tax waiver shall be furnished by petitioner to respondent.

Submit decree on notice directing delivery of the property to the petitioner accordingly.